1762.

BARRISTERS'
HABITS.

## Memorandum. ( 1 )

JAMES OTIS, Edmund Trowbridge, Jeremy Gridley, Richard Dana, Benjamin Kent, Daniel Farnham, John Worthington, James Otis, junr., James Putnam, Joſeph Hawley, John Chipman, Oxenbridge Thacher, Robert Auchmuty, Sam'l White, James Hovey, Samuel Fitch, Jonathan Sewall, William Cuſhing, Robert Treat Paine, William Pynchon, William Read, Samuel Swift, Joſeph Dudley, Benja : Gridley, Samuel Quincy, and John Adams, having been called by the Court to be Barriſters at Law, the following Gentlemen, viz., Edmund Trowbridge, Jeremy Gridley, Benjamin Kent, James Otis, junr., Oxenbridge Thacher, Robert Auchmuty, Samuel Fitch, Jonathan Sewall, Robert Treat Paine, Samuel Swift, Samuel Quincy, and John Adams, Eſquires, appeared accordingly this Term in Barriſters' Habits. (2)

Rec. 1762.
Fol. 400.

---

(1) As this memorandum cloſes the record of the term on the Suffolk docket, it is here inſerted, although not a part of Mr. Quincy's reports.

(2) John Adams was ſworn on the 14th of November, 1761. Rec. 1761, fol. 239. In a note to his diary at that date he ſays : " About this time the projeƈt was conceived, I ſuppoſe by the Chief Juſtice, Mr. Hutchinſon, of clothing the judges and lawyers with robes. Mr. Quincy and I were direƈted to prepare our gowns and bands and tie wigs, and were admitted barriſters, having praƈtiſed three years at the inferior courts according to our new rules." 2 John Adams's Works, 133. See alſo Adams's Letters to Tudor, 10 Ib. 233, 245.